**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1883

FEDERAL TRADE COMMISSION,

Plaintiff - Appellee,

versus

DORIAN REED; AUDREY REED,

Defendants - Appellants,

and

THOMAS MAHER; INTERNET BUSINESS BROADCASTING,
INCORPORATED, a Nevada Corporation,

Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-495-WMN)

Submitted:  September 30, 1999      Decided:  October 6, 1999

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dorian Reed, Audrey Reed, Appellants Pro Se.  Lawrence DeMille-
Wagman, FEDERAL TRADE COMMISSION, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

The Federal Trade Commission ("FTC") filed an action against Dorian and Audrey Reed, alleging violations of the Federal Trade Commission Act. The district court entered a default judgment against the Reeds for failing to answer the complaint or file other defensive pleadings and then entered a final judgment against the Reeds. The Reeds appeal, raising no issues concerning the final judgment, but claiming that the default judgment was inappropriate because they had served upon the FTC an answer and a motion to quash.[*]

The appropriate remedy for challenging a default judgment is to file in the district court a motion to set aside the default judgment. See Fed. R. Civ. P. 55(c), 60(b). The Reeds failed to file such a motion in the district court. We therefore affirm the district court's final judgment without prejudice to the Reeds' right to file in the district court a motion to set aside the default judgment. We deny the Reeds' motion seeking to stay the appeal and to remand the case to the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The court's docket sheet does not reflect the filing of this answer.